**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01796-LTB

CYNTHIA BARRETT,

    Plaintiff,

v.

GENPACT SERVICES LLC, a Delaware limited liability company,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Notice of Dismissal With Prejudice (Doc 5 - filed September 26, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                             s/ Lewis T. Babcock
                             Lewis T. Babcock, Judge

DATED:   September 27, 2012